



# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

3:87 cv 920 TJM

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 7th day of January, two thousand and three.

Before:    Hon. Richard J. Cardamone,
              Hon. Chester J. Straub,
              Hon. Robert A. Katzmann,
                      *Circuit Judges*

Docket No. 01-6008



UNITED STATES OF AMERICA, STATE OF NEW YORK,

                    Plaintiffs-Appellee,

V.

ALCAN ALUMINUM CORPORATION,

                    Defendant-Appellant.

Appeal from the United States District Court for the Northern District of New York.

This cause came on to be heard on the transcript of record from the United States District Court for the Northern District of New York and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said district court be and it hereby is AFFIRMED in accordance with the opinion of this Court.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

Arthur M. Heller
Motions Staff Attorney

A TRUE COPY
Roseann B. MacKechnie, CLERK
by

ISSUED AS MANDATE: APR 29 2003